**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 14-00388-VAP (SPx)                           Date:  September 26, 2014

Title:   TRISH PALACIOS -v- COLLECTION CONSULTANTS OF CALIFORNIA
==================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

   Marva Dillard                                             None Present
   Courtroom Deputy                                          Court Reporter

ATTORNEYS PRESENT FOR                           ATTORNEYS PRESENT FOR
PLAINTIFFS:                                     DEFENDANTS:

   None                                                      None

PROCEEDINGS:       ORDER TO SHOW CAUSE RE: FAILURE TO FILE
                   ANSWER (IN CHAMBERS)

    Defendant Collection Consultants of California ("CCC") filed a Motion to Dismiss the Complaint in this action on July 3, 2014.  (Doc. No. 14.)  The Court granted the motion in part, and denied the motion in part on August 11, 2014.  (Doc. No. 20.)  Pursuant to Federal Rule of Civil Procedure 12(a)(4), CCC had fourteen days from the date of the Court's Order denying the motion to file a responsive pleading.  Fed. R. Civ. P. 12(a)(4).

    As of the date of this Order, CCC has not filed a responsive pleading to the First Amended Complaint.  Accordingly, if CCC does not file a responsive pleading to the First Amended Complaint by October 3, 2014, the Court will sua sponte find

**EDCV 14-00388-VAP (SPx)**
**TRISH PALACIOS v. COLLECTION CONSULTANTS OF CALIFORNIA**
**MINUTE ORDER of September 26, 2014**

that CCC has defaulted.  The parties may discharge this Order to Show Cause by filing a notice of settlement by October 3, 2014.

**IT IS SO ORDERED.**